FILED

2011 SEP 15 PM 12: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 11 00875 |
| Plaintiff, | <u>I N D I C T M E N T</u> |
| v. | [8 U.S.C. § 1325(c): Marriage Fraud] |
| CHAOMING CHEN, aka "Chris Chen," and MEGAN LIN, | |
| Defendants. | |

[8 U.S.C. § 1325(c)]

On or about March 10, 2008, in Los Angeles County, within the Central District of California, defendants CHAOMING CHEN,

///

1 also known as "Chris Chen," and MEGAN LIN knowingly and
2 unlawfully entered into marriage for the purpose of evading a
3 provision of the immigration laws of the United States.
4                                          A TRUE BILL
5
6
7                                  /S/
                                  Foreperson
8
9 ANDRÉ BIROTTE JR.
  United States Attorney
10  *Dom*
    Dorothy C. Kim
11  Dep. Chief, Crim. Div. FOR.
12 ROBERT E. DUGDALE
   Assistant United States Attorney
13 Chief, Criminal Division
14 RODRIGO A. CASTRO-SILVA
   Assistant United States Attorney
15 Chief, Organized Crime
    Drug Enforcement Task Force Section
16
   KEVIN S. ROSENBERG
17 Assistant United States Attorney
   Deputy Chief, Organized Crime
18  Drug Enforcement Task Force Section
19
20
21
22
23
24
25
26
27
28